IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: <u>September 1, 2005</u> |
| CHRISTOPHER DENNING | : | VIOLATIONS: |
| | | 18 U.S.C. § 2422(b) (using interstate communications to seduce a minor - 1 count) |
| | | 18 U.S.C. § 2423(b) (travel with intent to engage in illicit sexual conduct - 1 count) |
| | | **Notice of forfeiture** |

### **I N D I C T M E N T**

#### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

From on or about December 15, 2004, to on or about August 4, 2005, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**CHRISTOPHER DENNING**

used and attempted to use facilities and means of interstate commerce, that is the Internet, and attempted to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 4, 2005, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**CHRISTOPHER DENNING**

traveled and attempted to travel from Virginia to Philadelphia, Pennsylvania for the purpose of engaging in illicit sexual conduct with another person.

In violation of Title 18, United States Code, Section 2423(b), (e).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b) and 2423(b) set forth in this indictment, defendant

### CHRISTOPHER DENNING

shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses including, but not limited to, computers, monitors, cables, computer floppy discs/cd roms, modems, routers, and digital cameras seized from defendant's home and automobile.

All pursuant to Title 18, United States Code, Section 2253(a)(3).

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253(o).

**A TRUE BILL:**

_____**FOREPERSON**

_____
**PATRICK L. MEEHAN**
**United States Attorney**